UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED REVOLVER CLUB OF SACRAMENTO, INC., a California corporation,<br><br>Defendant. | No. 2:18-cv-2960 KJM DB<br><br>ORDER |

This matter came before the undersigned on November 1, 2019 for hearing of plaintiff's motion for default judgment pursuant to Local Rule 302(c)(19). (ECF No. 17) Attorney Stephen Soskin appeared on behalf of the plaintiff. No attorney appeared on behalf of the defendant.[1]

////

---

[1] Attorney Bart Hightower attempted to appear personally and speak on behalf of the defendant. Mr. Hightower, however, explicitly would not appear as an attorney representing the defendant. "A nonlawyer can't handle a case on behalf of anyone except himself." Georgakis v. Illinois State University, 722 F.3d 1075, 1077 (7th Cir. 2013). "28 U.S.C. § 1654 . . . does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993).

1

| | |
|---|---|
| 1 | For the reasons stated on the record at the November 1, 2019 hearing, IT IS HEREBY |
| 2 | ORDERED that the November 1, 2019 hearing of plaintiff's motion for default judgment (ECF |
| 3 | No. 14) is continued to **December 6, 2019**, at the United States District Court, 501 I Street, |
| 4 | Sacramento, California, in Courtroom No. 27, before the undersigned. |
| 5 | Dated: November 1, 2019 |

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\philadelphia2960.cont.hrg2.ord