1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PHILADELPHIA INDEMNITY                    No.  2:18-cv-2960 KJM DB
     INSURANCE COMPANY, a Pennsylvania
12   corporation,

13                  Plaintiff,                 ORDER

14        v.

15   UNITED REVOLVER CLUB OF
     SACRAMENTO, INC., a California
16   corporation,

17                  Defendant.

18

19        The matter was referred to a United States Magistrate Judge as provided by Local Rule

20   302(c)(19).  On February 18, 2020, the magistrate judge filed findings and recommendations,

21   which were served on plaintiff and which contained notice that any objections to the findings and

22   recommendations were to be filed within fourteen days after service of the findings and

23   recommendations.  The fourteen-day period has expired, and plaintiff has not filed any objections

24   to the findings and recommendations.

25        The court presumes that any findings of fact are correct.  S*ee Orand v. United States*,

26   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

27   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

28   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

                                        1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2020 (ECF No. 20) are adopted in full;

2. Plaintiff's August 22, 2019 motion for default judgment (ECF No. 14) is granted;

3. Judgment is entered against defendant United Revolver Club of Sacramento, Inc.;

4. The Court declares that plaintiff had and has no duty to defend defendant in the consolidated action;

5. Defendant is ordered to pay plaintiff $143,336.12 in damages; and

6. This action is closed.

DATED:  March 16, 2020.

CHIEF UNITED STATES DISTRICT JUDGE